# Court of Appeals
# of the State of Georgia

ATLANTA,  January 08, 2013

*The Court of Appeals hereby passes the following order:*

## A13A0764.  JACK GALARDI, et al. v. CITY OF FOREST PARK, et al.

Appellants Jack Galardi, Red Eyed, Inc. d/b/a Crazy Horse Saloon, and Mia Luna, Inc. d/b/a Pink Pony South filed a petition for writ of certiorari to the superior court after  the City of Forest Park denied their request for business licenses.  The superior court affirmed the non-renewal of the business licenses, and the appellants filed a direct appeal from that order.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . local administrative agencies . . . by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court.  See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001).  This procedure must be followed even where the superior court dismisses the certiorari petition.  See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984).  Because the appellants failed to comply with the discretionary appeal procedure, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 01/08/2013
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


                                                          *, Clerk.*